UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOSEPH GRADWELL, CHRISTOPHER MILLER, GREG MUITER, and MELANIE VAUGHAN,<br><br>Plaintiff,<br><br>v.<br><br>SUNFLORA, INC.,<br><br>Defendant. | Case No.: 8:22-cv-781-MSS-TGW |

## **RULE 7.1 AND LOCAL RULE 3.03 DISCLOSURE STATEMENT**

Filed by[1]: Plaintiffs Joseph Gradwell ("Gradwell"), Christopher Miller ("Miller"), Greg Muiter ("Muiter"), and Melanie Vaughan ("Vaughan," collectively with Gradwell, Miller, and Muiter, "Plaintiffs" or "Franchisees"), by and through their undersigned attorneys.

**Each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:**

a.   Joseph Gradwell, Plaintiff

b.   Christopher Miller, Plaintiff

c.   Greg Muiter, Plaintiff

d.   Melanie Vaughan, Plaintiff

e.   Natural Healing and Wellness of Beaver, LLC

---

[1] When filing via CM/ECF, use the "Certificate of interested persons and corporate disclosure statement" event under Civil Events-Other Filings-Other Documents.

f.        NH&W of Canonsburg, LLC

g.        AAM Properties, LLC

h.        Richard G. Salazar, Counsel for Plaintiffs

i.        Stanley Parker, Counsel for Plaintiffs

j.        Eric Spada, Counsel for Plaintiffs

k.        Buchanan Ingersoll & Rooney PC, Plaintiffs' law firm

l.        Sunflora, Inc., Defendant

**Each entity with publicly traded shares or debt potentially affected by the outcome**:

None known at this time.

**Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee**:

None known at this time.

**Each person arguably eligible for restitution**:

None known at this time.

**If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation**:

None known at this time.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

        Dated this 26th day of April, 2022

Respectfully submitted,

By: /s/Richard G. Salazar
Richard G. Salazar
Florida Bar No. 899615
**BUCHANAN INGERSOLL & ROONEY PC**
401 E. Jackson Street, Suite 2400
Tampa, FL   33602-5236
Telephone: (813) 222-8180
Facsimile:   (813) 222-8189
richard.salazar@bipc.com

Stanley J. Parker (admitted *pro hac vice*)
Pennsylvania Bar No. 66013
Eric M. Spada (admitted *pro hac vice*)
Pennsylvania Bar No. 311446
**BUCHANAN INGERSOLL & ROONEY PC**
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413
Telephone: (412) 562-8800
Facsimile:   (412) 562-1041
stanley.parker@bipc.com
eric.spada@bipc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 26, 2022, a true and correct copy of the foregoing has been furnished via U.S. Mail on the Defendant at the following address:

Sunflora, Inc.
c/o Eduardo J. Roman, Registered Agent
600 8th Avenue, West, Suite 400
Palmetto, FL 34221


/s/Richard G. Salazar

4873-3598-0059, v. 1

3